

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00160-CV

| | | |
|---|---|---|
| Sylvia Marie Ortiz | § | From the 211th District Court |
| | § | of Denton County (2012-30927-211) |
| v. | § | January 2, 2014 |
| | § | Opinion by Chief Justice Livingston |
| Plano Independent School District | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Sylvia Marie Ortiz shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston